```
         UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF WEST VIRGINIA
                 AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                          CRIMINAL ACTION NO. 2:18-00172

**CHADWICK EMMANUEL TAYLOR**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On November 15, 2021, the United States of America appeared by Patrick J. Jeffrey, Assistant United States Attorney, and the defendant, Chadwick Emmanuel Taylor, appeared in person and by his counsel, James Woodrow Hill, Esq., for a hearing on a petition, seeking revocation of supervised release, submitted by United States Probation Officer Patrick M. Fidler. The defendant commenced a three-year term of supervised release in this action on May 22, 2020, as more fully set forth in the Judgment in a Criminal Case entered by the court on March 8, 2019.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects:  (1) on April 16, 2021, the defendant violated a protective order entered by the Magistrate Court of Kanawha County, West Virginia, in that he was located at the residence of the alleged victim, and on April 17, 2021, the defendant violated the protective order in that he called the alleged victim, (2) on February 2, 2021, the defendant possessed 1.7 grams of fentanyl, and on February 9, 2021, the defendant admitted to the probation officer that within the 30 days prior to February 9, 2021, he had possessed and used heroin; (3) the defendant failed to reside at Dismas Charities Inc., residential reentry center for a period of six months, in that the defendant arrived at Dismas Charities on April 28, 2021, and was terminated as a program failure on August 30, 2021, after receiving 22 disciplinary infractions; all as admitted on the record of the hearing by the defendant and all as set forth in the petition on supervised release, and by the court's findings on the record of the hearing.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32.1(b)(2) and (c)(1) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583 (e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWO (2) MONTHS, followed by a term of TWENTY-FOUR (24) MONTHS of supervised release imposed on the same conditions as heretofore with the additional condition that the defendant, upon his release from custody, will go directly to Dismas Charities for a period at least three months and shall follow the rules and regulations of the facility, and that the defendant will be monitored for drug use and participate in drug

3

abuse counseling and treatment as directed by the probation officer.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: November 24, 2021

_____
John T. Copenhaver, Jr.
Senior United States District Judge