```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 2:18-00172

CHADWICK EMMANUEL TAYLOR

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On December 13, 2023, the United States of America appeared by Judson C. MacCallum, Assistant United States Attorney, and the defendant, Chadwick Emmanuel Taylor, appeared in person and by his counsel, Timothy J. LaFon, for a hearing on the petition and amendments seeking revocation of supervised release submitted by United States Probation Officers Codie P. Blankenship and Douglas W. Smith.  The defendant commenced an eighteen (18) month term of supervised release in this action on January 24, 2023, as more fully set forth in the Judgment in a Criminal Case Order entered by the court on March 8, 2019, and the Supervised Release Revocation and Judgment Order entered by the court on September 20, 2022.

The court heard the admissions of the defendant, and the representations and arguments of counsel. The court notes that the Government stated it would not pursue the August 6, 2023, malicious wounding set forth in violation number 1 of the petition.

Pursuant to the court's findings of fact and conclusions of law as enumerated in open court on the record of this proceeding, which are ORDERED incorporated herein by reference, the court finds by a preponderance of the evidence that the defendant has violated the condition of his supervised release in the following respects: (1) on May 4, 2023, the defendant submitted a urine specimen that tested positive for buprenorphine and fentanyl, which was confirmed positive by the National Testing Laboratory; (2) on June 22, 2023, the defendant submitted a urine specimen that tested positive for fentanyl, and the defendant signed a voluntary admission form admitting to consuming fentanyl on June 19, 2023; (3) on August 24, 2023, the defendant submitted a urine specimen that tested positive for methamphetamine, amphetamine, fentanyl, norfentanyl, tramadol and o-desmethyltramadol, and on the same date the defendant signed a voluntary admission form admitting to snorting two oxycodone tablets on August 21, 2023; (4) on July 7, 2023, the

Probation Officer directed the defendant to report to the Partnership of African American Churches to participate in a long term, in-patient residential substance abuse treatment program on July 10, 2023, and the defendant failed to report as directed; (5) on July 27, 2023, the defendant was directed by the Probation Officer to report to Recovery Point in Parkersburg, West Virginia on August 3, 2023, to participate in its in-patient, substance abuse treatment program, and the defendant failed to report as directed; and (6) on September 19, 2023, the defendant committed the offense of brandishing a deadly weapon in violation of state law, of which he was found guilty in the Magistrate Court of Kanawha County, West Virginia, on November 8, 2023; all as set forth in the petition and its amendments on supervised release, and by the court's findings on the record of the hearing.

And the court finding, as more fully set forth on the record of the hearing, that the violations found as set forth above warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32.1(b)(2) and (c)(1) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWELVE (12) MONTHS with no further term of supervised release

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: December 15, 2023

John T. Copenhaver, Jr.
Senior United States District Judge